No. 71–492. LLOYD CORP., LTD. *v.* TANNER ET AL. C. A. 9th Cir. [Certiorari granted, 404 U. S. 1037.] Motion of American Retail Federation for leave to participate in oral argument as *amicus curiae* denied.

No. 71–1016. FEDERAL POWER COMMISSION *v.* LOUISIANA POWER & LIGHT CO. ET AL.; and

No. 71–1040. UNITED GAS PIPE LINE CO. ET AL. *v.* LOUISIANA POWER & LIGHT CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 973.] Motion of Mobile Gas Service Corp. et al. for leave to file a brief as *amici curiae* granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–1017. GRAVEL *v.* UNITED STATES; and

No. 71–1026. UNITED STATES *v.* GRAVEL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 916.] Motion of counsel for Gravel for additional time for oral argument denied. Motion of the United States Senate for leave to permit Sam J. Ervin, Jr., to participate in oral argument as *amicus curiae* granted and a total of 30 minutes allotted for that purpose. The Solicitor General is allotted 30 additional minutes for oral argument.

No. 71–1031. TONASKET *v.* WASHINGTON ET AL. Appeal from Sup. Ct. Wash. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–5564. STEWART ET AL. *v.* WHITE ET AL., JUDGES. Motion for leave to file petition for writ of mandamus and/or prohibition and other relief denied.

No. 71–889. COUCH *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari granted.